Joseph Hendler, a Minor, by Abraham Hendler, His Father and Next Friend, and Esther Hendler, a Minor, by Abraham Hendler, Her Father and Next Friend, Plaintiffs-Appellants, v. Miriam Wolozin, Nat Wolozin, Chicago Transit Authority, a Municipal Corporation, and Harry J. Zanotti, Defendants-Appellees.

Gen. No. 50,789. 

First Judicial District.

January 20, 1969.

Leo S. Karlin and Daniel Karlin, of Chicago, for appellants; George J. Schaller, O. R. Hamlink, Jerome F. Dixon, Erwin Wright, and Hubbard, Hubbard, O'Brien & Hall, of Chicago (Alvin G. Hubbard, Reese Hubbard, and Frederick W. Temple, of counsel), for appellees. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.